IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **3124 POPPLETON AVE, LLC, a Nebraska limited liability company;** | |
| **Plaintiff,** | **4:23CV3184** |
| vs. | **AMENDED CASE PROGRESSION ORDER** |
| **STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation;** | |
| **Defendant.** | |

This matter is before the Court on the Unopposed Motion to Amend Progression Order (Filing No. 23). After review of the motion the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** the Unopposed Motion to Amend Progression Order (Filing No. 23 is granted and the case progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure remains **November 1, 2024**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **November 15, 2024**.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

2) The deadlines for completing expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are extended to:

    | | |
    |---|---|
    | For both parties: | **July 1, 2024** |
    | For rebuttal: | **September 2, 2024** |

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds remains **October 15, 2024**.

4) The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings has been rescheduled before the undersigned magistrate judge on **November 5, 2024**, at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 24).

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

5)  The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, remains **November 15, 2024**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **five (5)**.

6)  The deadline for filing motions to dismiss and motions for summary judgment remains **December 16, 2024**.

7)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 12th day of April, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge
.