IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 3124 POPPLETON AVE, LLC, a Nebraska limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation;<br><br>Defendant. | 4:23CV3184<br><br>**ORDER OF DISMISSAL** |

    This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 31). Having reviewed the matter, the Stipulation will be granted.

    **IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 15th day of August, 2024.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge